UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:10-CR-107 RLM |
| | ) | |
| JASON SMITH | ) | |

OPINION and ORDER

Jason Smith's second motion to vacate, set aside, or correct his sentence pends before the court. The court denied Mr. Smith's first motion as untimely on May 1, 2014. His second motion, like the first, challenges the underlying conviction and appellate counsel's performance on direct appeal, not the amended order reducing Mr. Smith's sentence under 18 U.S.C. § 3582(c)(2) [Doc. No. 114]. The court, accordingly, views the defendant's motion [Doc. No. 121] as an unauthorized successive petition under 28 U.S.C. § 2255, *see* 28 U.S.C. § 2255(h); Henderson v. United States, 264 F.3d 709, 710 (7th Cir. 2001); United States v. Evans, 224 F.3d 670, 672-75 (7th Cir. 2000), and DENIES the motion.

SO ORDERED.

ENTERED:   May 31, 2016

/s/ Robert L. Miller, Jr.
Judge
United States District Court